# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2021 KW 1254

VERSUS

CHARLES HOLCOMBE, JR.                          **DECEMBER 30, 2021**

---

In Re:    Charles Holcombe, Jr., applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 417,104.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

    **WRIT DENIED.**

                    **VGW**
                    **AHP**
                    **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT